JEFFREY L. STANIELS

Attorney at Law

216 F Street, No. 98

Davis, CA 95616

530-220-9770

stanielslaw@dcn.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>Marco Antonio Avila-Benitez,<br><br>            Defendants. | No.  2:15-cr-213-2 GEB<br><br>**Stipulation and [Proposed] Order For Continuance**<br><br>Date:   August 26, 2016<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Amanda Beck, counsel for Plaintiff, and Jeffrey L. Staniels, counsel for Defendant Marco Avila-Benitez, that proceedings for judgment and sentencing currently set for August 26, 2016, be vacated, and that this matter be continued until September 16, 2016, at 9:00 a.m.

This short continuance is sought to accommodate an unexpected scheduling conflict so as to permit the orderly and timely presentation of any objections and/or sentencing memoranda given the schedule of defense counsel.  Both government counsel and the assigned U.S. Probation Officer have advised that they are available on September 16, 2016.

The Speedy Trial Act is not implicated by this short post-entry-of-guilty-plea

continuance.

                                      Respectfully submitted,

Dated:  August 2, 2016            s/ *Amanda Beck*   ,
                                           Amanda Beck
                                           Assistant U.S. Attorney
                                           Counsel for Plaintiff

Dated: August 2, 2016             */s/ Jeffrey L. Staniels*
                                           Jeffrey L. Staniels
                                           Attorney for Marco Avila-Benitez

# O R D E R

The above stipulation of counsel is hereby GRANTED.  Sentencing proceedings scheduled for August 26, 2016, are VACATED, and this case is continued until September 16,  2016 at 9:00 a.m. for sentencing.

**IT IS SO ORDERED.**

**Dated:  August 3, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge